**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| E-Watch, Inc., a Nevada Corporation, and e-Watch Corporation, a Texas Corporation, | § § § § | Civil Action No. 9:06cv25 |
| Plaintiffs, | § § § | Judge Clark |
| v. | § § | |
| March Networks Corporation, | § § § | |
| Defendant. | § | |
| March Networks Corporation, | § § § | |
| Counter-Claimant, | § § § | |
| v. | § § | |
| E-Watch, Inc., a Nevada Corporation, and e-Watch Corporation, a Texas Corporation, | § § § § § | |
| Counter-Defendants. | § | |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and 41(c) Plaintiffs/Counter-Defendants E-Watch, Inc., and e-Watch Corp. and Defendant/Counter-Claimant March Networks Corporation hereby dismiss all of their claims and counterclaims in the above-entitled action with prejudice, each party to bear its own costs and attorneys' fees.

Dated:  October 6, 2006

Counsel for Plaintiffs E-Watch, Inc. and e-Watch Corp.:

/s/ Clayton E. Dark, Jr.
Clayton E. Dark, Jr., State Bar No. 05384500
Law Offices of Clayton E. Dark, Jr.
207 E. Frank, Ste. 100
P.O. Box 2207
Lufkin, Texas 75902-2207
Phone: (936) 637-1733;   Fax: (936) 637-2897
E-mail: cekrad@yahoo.com

/s/ Anthony Constant
Lead Attorney
State Bar No. 04711000, So. Dist. Bar No. 688
1570 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
Phone: (361) 698-8000; Fax: (361) 887-8010
E-mail:  afc@constantlawfirm.com

**Of Counsel: CONSTANT & VELA**
Filemon B. Vela, Jr.
State Bar No. 20536025
1570 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 698-8000 Telephone
(361) 887-8010 Facsimile
E-mail:  vbf@earthlink.net

**Of Counsel: PROVOST*UMPHREY**
Christopher T. Coco
State Bar No. 00787261
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704-4905
Phone: (409) 835-6000
Fax:  (409) 838-8888
E-mail:  ccoco@provostumphrey.com

**Of Counsel: Bandas Law Firm**
Christopher A. Bandas
State Bar No. 00787637
500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78471
(361) 698-5200 Telephone
(361) 698-5222 Facsimile
E-mail:  cbandas@bandaslawfirm.com

Counsel for Defendant/Counter-Claimant
March Networks Corporation:

/s/ Joseph P. Reid

John E. Gartman *(pro hac vice)*
LEAD ATTORNEY
Email:  gartman@fr.com
John E. Giust *(pro hac vice);* Email: giust@fr.com
Joseph P. Reid *(pro hac vice);* Email: reid@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  858-678-5070
Facsimile:  858-678-5099

Steve Roper, Texas SBN 17234000
Zeleskey Cornelius Hallmark Roper & Hicks LLP
P. O. Drawer 1728
Lufkin, TX 75902-1728
Telephone:  936-632-3381
Facsimile:  936-632-6545
Email:  sroper@zeleskey.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 7, 2006 on all known counsel of record by **electronic service via the Court's CM/ECF system** per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile or email transmission.

/s/ Joseph P. Reid
Joseph P. Reid